UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | INFORMATION |
| ) | CR 418-067 |
| JASMINE M. BECTON   ) | |
| ) | |
| Defendant   ) | |

## LEAVE OF COURT

Leave of Court is GRANTED for the filing of the foregoing dismissal of the Information pending against Defendant **JASMINE M. BECTON** without prejudice.

SO ORDERED, this 20th day of April, 2018.

*/s/ A. R. Smith*

HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA